AUGUST 24, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VA 23219

NO. 14-2232

FRANCYNE J. COOPER

V.

DOWCP
BRB NO. 14-0039

Dear Patricia S. Connor, Clerk

## NOTICE TO APPREAL TO THE SUPREME COURT

Now come the claimant, Francyne J. Cooper, pro se, submits NOTICE to APPEAL the July 24, 2015 decision to the SUPREME COURT. Because this decision (1) opinion conflicts with the decision of the U.S. Supreme Court.

Francyne J. Cooper
910 Taylor Ave
Newport News, Va 23607
(757) 525-00919





RICHMOND VA 230
12 SEP 2015 PM 6 L

United States Court of Appeals
For The Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Va 23219

SEP 15 2015

Francyne J. Cooper
910 Taylor Ave
Newport News, VA 23607